**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**JEFFREY JOHN CHIVERS,**

    **Plaintiff,**

**V.**　　　　　　　　　　　　　　　　　　　　　　　**Case No:  2:12-CV-61-FtM-29SPC**

**VERNON L. KEEN, RUSSELL**
**PARK, GARY DELEANDRO,**
**FRANCES RENE FRIZZELL, JANE**
**DOES 1-2, DESOTO COUNTY**
**BOARD OF COMMISSIONERS and**
**WILLIAM WISE,**

    **Defendants.**

_____/

**ORDER**

This matter comes before the Court *Sua Sponte* on the Appearance of Adriana Mihaela Jisa, Esq. of the law firm Purdy, Jolly, Giuffreda & Barranco, PA. on behalf of the Desoto County, Florida Sheriff, William Wise (Doc. #12) filed on July 10, 2012. The Plaintiff's Complaint was filed against the former Sheriff of Desoto County, Florida, Vernon L. Keen in his official and individual capacity. Under Fed. R. Civ. P. 25(d), once a party who is a public officer in his official capacity is replaced whether by death, resignation or otherwise is no longer holding the office, the officer's successor is automatically substituted as a party. Thus, William Wise is automatically substituted for William Keen as the Sheriff of Desoto County, Florida.

Accordingly, it is now

**ORDERED:**

1. Sheriff William Wise is automatically substituted for William Keen as the Sheriff of Desoto County, Florida in his official capacity.

2. The Clerk of the Court is hereby directed to note the substitution in the style of the case.

3. William L. Keen remains a Party Defendant in his individual capacity.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of July, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record