UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY JOHN CHIVERS,

      Plaintiff,

V.                                                      Case No:  2:12-cv-61-FtM-29SPC

WILLIAM WISE, RUSSELL PARK,
GARY DELEANDRO, FRANCES
RENE FRIZZELL, JANE DOES 1-2,
DESOTO COUNTY BOARD OF
COMMISSIONERS and VERNON L.
KEEN,

      Defendants.
_____/

## ORDER

      This matter comes before the Court on the Plaintiff, Jeffrey Chivers's Motion for Enlargement of Time to Effect Service of Process or, in the Alternative, Documentation of Plaintiff's Due Diligence in the Attempts of Service of Process (Doc. #23) filed on August 3, 2012.  On June 4, 2012, the Court allowed the Plaintiff an additional thirty (30) days to effectuate service on the Defendants, Russell Park, Gary Deleandro, and Frances Frizzell.

      The Plaintiff stated that he could not locate the Defendants Park, Deleandro and Frizzell. The Plaintiff then moved to substitute service on the Florida Secretary of State but the Court found that he failed to meet his burden for substituted service. (Doc. # 20).  The Plaintiff now moves for an additional forty-five (45) days to effectuate service.  The Court will allow an additional thirty (30) days to attempt service upon the defendants.   The Court is disinclined to allow any further extensions of time to effectuate service.  Should the Plaintiff fail to locate and serve the Defendants Park, Deleandro and Frizzell, the Court may dismiss the case against them

for failure to prosecute. The Plaintiff is further cautioned that merely failing to locate a defendant for service is not sufficient grounds to substitute service upon the Secretary of State. Instead, there must be a factual basis demonstrating that the Defendants are attempting to avoid service by hiding from the Plaintiff.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Jeffrey Chivers's Motion for Enlargement of Time to Effect Service of Process or, in the Alternative, Documentation of Plaintiff's Due Diligence in the Attempts of Service of Process (Doc. #23) is **GRANTED** to the extent that the Court will allow an additional thirty (30) days to effectuate service.

(1) The Plaintiff has up to and including **September 6, 2012**, to effectuate service upon the Defendants Park, Deleandro and Frizzell.

(2) Failure to effectuate service by September 6, 2012, may result in the Plaintiff's case against the Defendants Park, Deleandro and Frizzell being dismissed without further notice for failure to prosecute.

(3) No further extensions of time will be allowed without sufficient good cause.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record